FILED
2019 SEP 27 AM 8: 33
U.S. BANKRUPTCY CLERK
DISTRICT OF DELAWARE

September 23, 2019

Clerk Una O'Boyle
United States Bankruptcy Court

In regard to Case # 19-50322 and 17-12560, we are filing a motion that these cases be rescinded.

The affidavit states, that within ninety days prior to the petition date, we received transfers of $51,016.32.
We are being falsely accused because the aforementioned transfers occurred on May 31, 2017, as noted on our Cancellation of Promissory Note and Loan Agreement. The stated ninety day transfer period is September 4, 2017 to December 4, 2017. You will find that our transfers occurred well before this period.

Thank you for your attention in this matter,

Sincerely,

Defendants

Toomas Heinmets

*Toomas Heinmets* (signature)

Pamela Heinmets

*Pamela Heinmets* (signature)

Please see attachments

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC,<br>et al.,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>TOOMAS HEINMETS; PAMELA HEINMETS,<br><br>Defendants. | Adversary Proceeding<br>Case No. 19-50322 (BLS) |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk: | United States Bankruptcy Court<br>824 N Market Street, 3rd Floor<br>Wilmington, DE  19801 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney. Name and address of Plaintiff's attorneys:

| PACHULSKI STANG ZIEHL & JONES LLP<br>Andrew W. Caine<br>Bradford J. Sandler<br>Colin R. Robinson<br>919 North Market Street, 17th Floor<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100 | |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.
YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address: United States Bankruptcy Court<br>824 N Market Street, 6th Floor<br>Wilmington, DE  19801 | Courtroom No. 1<br><br>Date and Time: October 23, 2019 @ 9:30 a.m. (ET) |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

United States Bankruptcy
Court for the District of Delaware
Date: September 4, 2019

/s/ Una O'Boyle
Clerk of the Bankruptcy Court

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

DOCS_LA:323832.1 94811/003

early Investors; in the absence of new investment, the house of cards would fall (as it eventually did). At the same time, each investment created an obligation to return to the defrauded Investor 100% of the investment, such that each new investment increased the Debtors' liabilities and ultimately left them unable to satisfy their aggregate liabilities.

15. Defendant invested with the Debtors through the purchase of notes and/or units and received principal and interest payments from the Debtors with respect to the investment. Defendant invested in notes and/or units with the Debtors and was paid in full for all investments prior to the Petition Date, including interest, and is thus a "Net Winner."

16. During the ninety days prior to the Petition Date, the Debtors made payments to or for the benefit of the Defendant, including those identified on <u>Exhibit A</u> attached hereto (collectively, the "<u>Ninety Day Transfers</u>"). <u>Exhibit A</u> sets forth the details of each of the Transfers, including the identity of the transferor Debtor, check or payment number, payment date, clear date, and payment amount. The aggregate amount of the Ninety Day Transfers is not less than $51,016.32.



17. Although it is possible that some of the Ninety Day Transfers might be subject in whole or in part to defenses under 11 U.S.C. § 547(c), Defendant bears the burden of proof pursuant to 11 U.S.C. § 547(g) to establish any defense(s) under 11 U.S.C. § 547(c).

18. During the four years prior to the Petition Date, the Debtors made transfers to Defendant for interest on Defendant's investments with the Debtors in an amount not less than $2,909.66 (the "<u>Net Winnings</u>" or "<u>Fraudulent Transfers</u>"). A list identifying the Fraudulent Transfers is attached hereto as <u>Exhibit B</u> and is incorporated herein by reference.



```
                                    Property ID : Ashley Ridge Road -
                                                  Hidden Hills, CA
FOR YOUR RECORDS                    Principal   : $30,000.00
                                    Int. Rate   : 6.00%
```

## CANCELLATION OF PROMISSORY NOTE AND LOAN AGREEMENT

This Cancellation of Promissory Note and Loan Agreement (this "Agreement") is entered into as of this 31st day of May, 2017, by and among **WOODBRIDGE MORTGAGE INVESTMENT FUND 3A, LLC**, a Delaware limited liability company having an address of 14225 Ventura Boulevard, Suite 100, Sherman Oaks, California 91423, its successors and assigns (herein, "Borrower"), and **TOOMAS HEINMETS AND PAMELA HEINMETS**, individuals having an address of 3038 Yoder Drive, The Villages, Florida 32163 (herein together, "Lender").

### RECITALS

WHEREAS, Borrower executed that certain Promissory Note dated August 29, 2016, in the original principal amount of Thirty Thousand and 00/100 Dollars ($30,000.00) payable to the order of Lender (the "Note");

WHEREAS, in connection with the execution of the Note, Borrower and Lender entered into that certain Loan Agreement dated August 29, 2016;

WHEREAS, Borrower has fully paid, performed, and satisfied its obligation under the Note and the Loan Agreement;

WHEREAS, the parties hereto agree that there are no obligations outstanding among the parties whatsoever relating to the Note and the Loan Agreement; and

NOW, THEREFORE, based on the foregoing under the conditions stated below, the parties hereto desire to cancel the Note and to cancel the Loan Agreement.

### AGREEMENT

The Note and the Loan Agreement are hereby terminated and canceled and are of no further force and effect. Lender hereby agrees promptly to return the original Note to Borrower.

**IN WITNESS WHEREOF**, the undersigned have executed this Agreement as of the date first written above.

LENDER:                                           BORROWER:

                                                  **WOODBRIDGE MORTGAGE**
                                                  **INVESTMENT FUND 3A, LLC**

                                                  By: _____
_____                             Robert Reed
TOOMAS HEINMETS                                       Its Authorized Representative

_____
PAMELA HEINMETS

## CROSS RECEIPT AND DIRECTION LETTER

May 31, 2017
Sherman Oaks, California

$50,000.00

**TOOMAS HEINMETS AND PAMELA HEINMETS** (together, "Heinmets") hereby acknowledge and accept receipt from **WOODBRIDGE MORTGAGE INVESTMENT FUND 3A, LLC** ("Woodbridge") of Thirty Thousand and 00/100 Dollars ($30,000.00) representing a payment issued by Woodbridge in favor of Heinmets in full satisfaction of the principal balance under that certain Promissory Note dated August 29, 2016 in the original principal amount of Thirty Thousand and 00/100 Dollars ($30,000.00), and direct that the same funds be distributed as described below.

Dated: May 31, 2017

_____
TOOMAS HEINMETS

_____
PAMELA HEINMETS

**WOODBRIDGE MORTGAGE INVESTMENT FUND 4, LLC** hereby acknowledges and accepts receipt from Heinmets of the same Thirty Thousand and 00/100 Dollars ($30,000.00) described above plus an additional Twenty Thousand and 00/100 Dollars ($20,000.00) for a total amount of Fifty Thousand and 00/100 Dollars ($50,000.00), in the form of a mezzanine loan position secured by a pledge by H75 Pacific Heights Holding Company, LLC of its entire and controlling membership interest in Pacific Heights Investments, LLC, an entity which owns property located at 1312 and 1337 Ridgecrest Road, Beverly Hills, California 90210, as contemplated in that certain Promissory Note and that certain Loan Agreement of even date herewith.

Dated: May 31, 2017

WOODBRIDGE MORTGAGE
INVESTMENT FUND 4, LLC

By: _____
Robert Reed
Its Authorized Representative