# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Woodbridge Group of Companies, LLC, | : | Case No.: 17-12560 (BLS) |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, et al., | : : : : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proc. No.: 19-50322 (BLS) |
| | : | |
| Toomas Heinmets, et al., | : | |
| | : | |
| Defendant. | | |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that mediation was resolved in the following manner:

(a) The following individuals were present:

(1) Counsel (name and party representing):

Counsel for Plaintiffs: Jeffrey Nolan

Counsel for Defendant: Curtis Hehn

(b) The following parties failed to appear and/or participate as ordered:

(1) Parties (name and capacity):   N/A

(c) The outcome of the mediation conference was:

_____ The matter has been completely resolved and counsel (or parties) should file an appropriate stipulation and proposed order within twenty (20) days.

    \_\_\_\_\_    The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

    \_\_\_\_\_    The following issues remain for this court to resolve:

    __X__    The matter has not been resolved and should proceed to trial.

    \_\_\_\_\_    OTHER:

Dated: April 7, 2021                        Mediator

                                                  */s/ Ian Connor Bifferato*
                                                  Ian Connor Bifferato (#3273)
                                                  THE BIFFERATO FIRM
                                                  1007 N. Orange Street, 4th Floor
                                                  Wilmington, DE 19801
                                                  (302) 225-7600