# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:** ) | Bankruptcy Case No.: 17−12560−JKS |
| Woodbridge Group of Companies, LLC ) | Bankruptcy Chapter: 11 |
|     Debtor ) | |
| _____ ) | |
| Michael Goldberg ) | |
| ) | |
|     Plaintiff ) | Adv. Proc. No.: 19−50322−JKS |
|     vs. ) | |
| Toomas Heinmets; Pamela Heinmets | |
|     Defendant ) | |

**ORDER SETTING STATUS CONFERENCE**

IT IS ORDERED that a Status Conference will be held on 5/19/21, at 09:00 AM in the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, DE 19801. All parties are directed to attend either in person or telephonically.

  Plaintiff's Counsel is required to attend the hearing.
  Defendant and/or Defendant's Counsel is required to attend the hearing.

Date: 4/8/21                                                                  Janet Kathleen Stickles
                                                                                             Bankruptcy Judge

(VAN−460a)

United States Bankruptcy Court
District of Delaware

Goldberg,
    Plaintiff

Heinmets,
    Defendant

Adv. Proc. No. 19-50322-JKS

# CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 08, 2021 | Form ID: van460a | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| intp | + Epiq Class Action & Claims Solutions, Inc., 777 Third Avenue, New York, NY 10017-1401 |
| clagent | + Epiq Class Action & Claims Solutions, Inc., www.gardencitygroup.com, 1985 Marcus Avenue, Suite 200, Lake Success, NY 11042-2029 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bridget Gallerie | on behalf of Claims Agent Epiq Class Action & Claims Solutions Inc. Pacerteam@choosegcg.com |
| Colin R. Robinson | on behalf of Plaintiff Michael Goldberg crobinson@pszjlaw.com |
| Curtis A Hehn | on behalf of Defendant Toomas Heinmets curtishehn@comcast.net |
| Curtis A Hehn | on behalf of Defendant Pamela Heinmets curtishehn@comcast.net |
| Ian Connor Bifferato | on behalf of Mediator Ian Connor Bifferato cbifferato@tbf.legal mstewart@tbf.legal |

District/off: 0311-1 | User: admin | Page 2 of 2
Date Rcvd: Apr 08, 2021 | Form ID: van460a | Total Noticed: 2

Ian Connor Bifferato      cbifferato@tbf.legal  mstewart@tbf.legal

TOTAL: 6